1  John P. Boggs  (State Bar No. 172578)
   Jennifer M. Sike (State Bar No. 225070)
2  FINE, BOGGS & PERKINS, LLP
   80 Stone Pine Road, Suite 210
3  Half Moon Bay, California  94019
   Telephone:  (650) 712-8908
4  Fax:            (650) 712-1712

5  Attorneys for Defendant
   SERRAMONTE NISSAN

6

7

8                    UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOSEPH O. OGUEJIOFOR,              | USDC Case No. C 11-00544 EMC
12 |                                    |
   |         Plaintiff,                 | JOINT STIPULATION AND
13 |                                    | [~~PROPOSED~~] ORDER RE:
   |    v.                              | CONTINUANCE OF CASE
14 |                                    | MANAGEMENT CONFERENCE
   | SERRAMONTE NISSAN,                 | SCHEDULED FOR MAY 25, 2011, 1:30
15 |                                    | P.M.
   |         Defendant.                 |
16 |                                    | Hearing:
   |                                    | Date:  May 25, 2011
17 |                                    | Time:  1:30 p.m.
   |                                    | Courtroom:  C
18

19
                              **STIPULATION**
20
       Plaintiff Joseph O. Oguejiofor ("Plaintiff") and Defendant Serramonte Nissan
21
   ("Defendant"), through their respective counsel hereby agree to this Stipulation for the reasons set
22
   below:
23
       1.)    On February 4, 2011, Plaintiff filed his Complaint with the U.S. Northern District
24
   court in pro-per.
25
       2.)    On April 28, 2011, Plaintiff retained legal services for which Plaintiff then filed an
26
   Amended Complaint shortly thereafter.
27
       3.)    On May 12, 2011, Defendant was served with the Amended Complaint, and
28

                                          1

supporting documents which included Standing Order, Clerk's Order Re: Assignment, Substitution of Attorney and Consent to Proceed.

2.) Defendant has not yet appeared in this matter, but Defendant will be filing a responsive pleading on or before June 2, 2011.

3.) Defendant respectfully submits that it would make more sense to hold the Case Management Conference in approximately 60 days from the date of which Defendants' will file their responsive pleading.

In view of the above, the parties have agreed that the CMC set for May 25 is premature and should be continued. Counsel respectfully requests that the Court grant this request.

**IT IS SO STIPULATED:**

Dated: May 23, 2011

Jennifer M. Sike
FINE, BOGGS & PERKINS LLP

Attorney for Defendant/Petitioner
SERRAMONTE NISSAN

Dated: May 23, 2011

William R. Hopkins
LAW OFFICES OF WILLIAM HOPKINS

Attorney for Plaintiff
JOSEPH O. OGUEJIOFOR

**IT IS SO ORDERED:** CMC is reset to 8/3/11 at 1:30 p.m.  A joint cmc statement shall be filed by 7/27/11.

Dated: 5/24/11

Honorable Edward M. Chen
JUDGE OF UNITED STATES DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

supporting documents which included Standing Order, Clerk's Order Re: Assignment, Substitution of Attorney and Consent to Proceed.

    2.)    Defendant has not yet appeared in this matter, but Defendant will be filing a responsive pleading on or before June 2, 2011.

    3.)    Defendant respectfully submits that it would make more sense to hold the Case Management Conference in approximately 60 days from the date of which Defendants' will file their responsive pleading.

In view of the above, the parties have agreed that the CMC set for May 25 is premature and should be continued. Counsel respectfully requests that the Court grant this request.

**IT IS SO STIPULATED:**

Dated: May 23, 2011

    Jennifer M. Sike
    FINE, BOGGS & PERKINS LLP

    Attorney for Defendant/Petitioner
    SERRAMONTE NISSAN

Dated: May 23, 2011    _/s/ William R. Hopkins_____
    William R. Hopkins
    LAW OFFICES OF WILLIAM HOPKINS

    Attorney for Plaintiff
    JOSEPH O. OGUEJIOFOR

**IT IS SO ORDERED:**

Dated:_____

    Honorable Edward M. Chen
    JUDGE OF UNITED STATES DISTRICT COURT