John P. Boggs (State Bar No. 172578)
Jennifer M. Sike (State Bar No. 225070)
FINE, BOGGS & PERKINS, LLP
80 Stone Pine Road, Suite 210
Half Moon Bay, California 94019
Telephone: (650) 712-8908
Fax:        (650) 712-1712

Attorneys for Defendant
SERRAMONTE NISSAN


William R. Hopkins (State Bar No. 170122)
LAW OFFICES OF WILLIAM R. HOPKINS
1 Blackfield Drive, No. 344
Tiburon, CA 94920
Telephone: (415) 435-5507
Fax:        (415) 888-7088

Attorney for Plaintiff
JOSEPH O. OGUEJIOFOR

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH O. OGUEJIOFOR,<br><br>        Plaintiff,<br><br>v.<br><br>SERRAMONTE NISSAN,<br><br>        Defendant. | USDC Case No. C 11-00544 EMC<br><br>JOINT STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF PETITION TO COMPEL ARBITRATION HEARING SCHEDULED FOR JULY 8, 2011, 1:30 P.M.<br><br>Hearing:<br>Date: July 8, 2011<br>Time: 1:30 p.m.<br>Courtroom: C |

## STIPULATION

Plaintiff Joseph O. Oguejiofor ("Plaintiff") and Defendant Serramonte Nissan ("Defendant"), through their respective counsel hereby agree to this Stipulation for the reason set below:

    1.) Counsel for Defendant has a conflict with a previously scheduled mediation on the date the Court has set for the hearing in this matter.

1

In view of the above, the parties have agreed that the hearing set for July 8 should be continued. Counsel respectfully requests that the Court grant this request.

**IT IS SO STIPULATED:**

Dated: June 14, 2011

_____
Jennifer M. Sike
FINE, BOGGS & PERKINS LLP

Attorney for Defendant/Petitioner
SERRAMONTE NISSAN

Dated: June 15, 2011

/s/ William R. Hopkins
_____
William R. Hopkins
LAW OFFICES OF WILLIAM HOPKINS

Attorney for Plaintiff
JOSEPH O. OGUEJIOFOR

**IT IS SO ORDERED:**   The motion hearing is reset from 7/8/11 to 7/29/11 at 1:30 p.m. in Courtroom 5, 17th Floor. Briefing deadlines remain the same per Civil Local Rule 7-3.

Dated: 6/16/11

_____
Honorable Edward M. Chen
JUDGE OF UNITED STATES DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen