UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOSEPH O OGUEJIOFOR, | No. C 11-00544 EMC (LB) |
| Plaintiff, | **ORDER RE SETTLEMENT CONFERENCE** |
| v. | |
| SERRAMONTE NISSAN, | |
| Defendant. | |

On September 19, 2011, the above-captioned matter was referred to this court for a settlement conference. ECF No. 36 at 2.[1] On September 29, 2011, the court issued its notice and order regarding the settlement conference. ECF No. 37. The order directs the plaintiff to make a settlement demand fourteen days before the settlement conference and the defendant to respond if no there have been no prior settlement discussions. *Id.* at 4. The parties appear to have engaged in prior settlement discussions and may have already engaged in this process, but the exact terms and current situation are not clearly set forth in the parties' settlement conference statements. The court therefore now **ORDERS** Oguejiofor to make a settlement demand by noon on Friday, October 28, 2011. Defendant should respond by Monday, October 31, 2011, and inform the court of the demand and response by 4:00 p.m. that day. Defendant may email the court this information at lbpo@cand.uscourts.gov.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-00544 EMC (LB)
ORDER RE SETTLEMENT CONFERENCE

1    Additionally, Oguejiofor's settlement conference statements did not provide an estimate of his
2 litigation costs. *See* Order, ECF No. 37 at 4. The court **ORDERS** Oguejiofor to provide this
3 information by noon on Friday, October 28, 2011 by emailing lbpo@cand.uscourts.gov. This
4 information will be kept confidential.

5    **IT IS SO ORDERED.**

6    Dated: October 27, 2011

_____
LAUREL BEELER
United States Magistrate Judge