WILLIAM R. HOPKINS, SBN 170122
Law Offices of William Hopkins
1 Blackfield Drive, No. 344
Tiburon, CA 94920
Tel: (415) 435-5507
Fax: (415) 888-7088

Attorney for Plaintiff
JOSEPH O. OGUEJIOFOR


JOHN P. BOGGS, SBN 172578
JENNIFER M. SCHERMERHORN, SBN 225070
FINE, BOGGS & PERKINS, LLP
80 Stone Pine Road, Suite 210
Half Moon Bay, California 94019
Telephone: (650) 712-8908
Fax:         (650) 712-1712

Attorneys for Defendant
SERRAMONTE NISSAN

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH O. OGUEJIOFOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERRAMONTE NISSAN,<br><br>　　　　Defendant. | USDC Case No. C 11-00544 EMC (LB)<br><br>JOINT STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

//

Dated: December 6, 2011

*Jennifer M. Schermerhorn*
Jennifer M. Schermerhorn
FINE, BOGGS & PERKINS LLP

Attorney for Defendant/Petitioner
SERRAMONTE NISSAN

Dated: December 8, 2011

William R. Hopkins
LAW OFFICES OF WILLIAM HOPKINS

Attorney for Plaintiff
JOSEPH O. OGUEJIOFOR

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen